Kevin S. Conlogue, SBN 285277
(Kevin@LOKSC.com)
Ashley M. Conolgue, SBN 292083
(Ashley@LOKSC.com)
**CONLOGUE LAW, LLP**
292 S. La Cienega Blvd., Ste. 207
Beverly Hills, CA 90211
Tel:   (213) 255-8837
Fax:   (213) 477-2069

Attorney for Plaintiff
DEBORAH MOLLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MOLLER., an individual and successor-in-interest of BRET BREUNIG, deceased;<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO, a public entity; UNIDENTIFIED DEPUTIES, individuals; CITY OF REDLANDS, a public entity; UNIDENTIFIED OFFICERS, individuals; LOMA LINDA UNIVERSITY MEDICAL CENTER, a non-profit corporation; UNIDENTIFIED HEALTH CARE PROFESSIONALS, individuals; and KENNETH BREUNIG, a nominal Defendant,<br><br>      Defendants. | CASE NO. 5:22-cv-01306<br><br>**STIPULATION RE: LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

1

STIPULATION RE: LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

**TO THE COURT AND TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff DEBORAH MOLLER ("Plaintiff"), as an individual and as the successor-in-interest to Decedent BRET BREUNIG ("Decedent"), initiated the above-captioned action on July 27, 2022 ("Complaint"). See Dkt. No. 1.

WHEREAS, on August 25, 2022, Defendant COUNTY OF SAN BERNARDINO ("CSB") filed a Motion to Dismiss Plaintiff's Complaint. See Dkt. No. 16.

WHEREAS, on September 12, 2022, Plaintiff filed a First Amended Complaint ("FAC'). See Dkt. No. 19.

WHEREAS, on September 23, 2022, Defendant LOMA LINDA UNIVERSITY MEDICAL CENTER ("LLUMC") filed a Motion to Dismiss Plaintiff's FAC. See Dkt. No. 28.

WHEREAS, on September 26, 2022, Defendant CSB filed an Answer to Plaintiff's FAC. See Dkt. No. 30.

WHEREAS, on November 10, 2022, this Court issued an Order Granting in Part and Denying in Part Defendant LLUMC's Motion. See Dkt. No. 41.

WHEREAS, on December 8, 2022, Plaintiff filed a Second Amended Complaint ("SAC") in accordance with this Court's Order on Defendant LLUMC's Motion. See Dkt. No. 51.

WHEREAS, Defendant LLUMC continues to allege certain defects with the contents of Plaintiff's SAC.

///
///
///
///
///
///
///

WHEREAS, in order to avoid unnecessary law and motion practice, the parties stipulate and agree to Plaintiff's filing a Third Amended Complaint ("TAC"), a red-lined version of which is attached hereto as "Exhibit 1".

DATED: January 27, 2023           CONLOGUE LAW, LLP


By:  */s/ Ashley M. Conlogue*
     ASHLEY M. CONLOGUE
     Attorney for Plaintiff DEBORAH MOLLER

DATED: January 27, 2023           LYNBERG & WATKINS, APC


By:  */s/ Amy Margolies*
     SHANNON GUSTAFSON
     AMY MARGOLIES
     Attorney for Defendants SAN BERNARDINO COUNTY, BREANA FITE

DATED: January 27, 2023           LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES


By:  */s/ Stephen Guichard*
     MICHAEL REID
     MELISSA FISCHER
     STEPHEN GUICHARD
     Attorney for Defendant LOMA LINDA MEDICAL CENTER

3
STIPULATION RE: LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT