SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN2 83471)
amargolies@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and BREANA FITE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MOLLER, an individual and successor –in-interest of BRET BREUNIG, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; BREANA FITE<br><br>                    Defendant. | MASTER CASE NO. 5:22-CV-01306-DSF-MAR<br><br>*Assigned for All Purposes to:*<br>*Hon. Dale S. Fischer– Courtroom 7D*<br><br>**STIPULATION OF THE PARTIES RE COUNTY OF SAN BERNARDINO VICARIOUS LIABILITY**<br><br>*Trial Date:  August 13, 2024*<br><br>*Complaint filed:  07/07/22*<br>*FAC filed:         09/19/22*<br>*SAC filed:         12/08/22*<br>*TAC filed:        01/30/23* |

**TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD:**

Plaintiff DEBORAH MOLLER, and Defendants COUNTY OF SAN BERNARDINO and BREANA FITE (collectively "the Parties"), by and through their undersigned counsel, hereby submit the following stipulation regarding the vicarious liability of Defendant COUNTY OF SAN BERNARDINO:

IT IS HEREBY STIPULATED, by and between the Parties, that at all relevant times, Defendant BREANA FITE was acting in the course and scope of her employment with Defendant COUNTY OF SAN BERNARDINO.

IT IS HEREBY FURTHER STIPULATED, by and between the Parties, that Defendant COUNTY OF SAN BERNARDINO is vicariously liable for any damages against Defendant BREANA FITE, and only if damages are found against Defendant BREANA FITE.

DATED: August 8, 2024        **LYNBERG & WATKINS**
A Professional Corporation

By: /s/ *Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and BREANA FITE

DATED: August 8, 2024        **CONLOGUE LAW, LLP**

By: /s/ *Kevin S. Conlogue*
**ASHLEY M. CONLOGUE**
**KEVIN S. CONLOGUE**
Attorneys for Plaintiff
DEBORAH MOLLER

**STIPULATION OF THE PARTIES RE COUNTY OF SAN BERNARDINO VICARIOUS LIABILITY**

1  I certify that all parties to this document have consented to its filing and to the
2  language contained herein and have authorized the undersigned to affix their
3  electronic signatures.

5  DATED: August 8, 2024       **LYNBERG & WATKINS**
A Professional Corporation

7                              By: /s/*Shannon L. Gustafson*
8                                  **SHANNON L. GUSTAFSON**
                                   **AMY R. MARGOLIES**
9                                  **ANITA K. CLARKE**
                                   Attorneys for Defendants,
10                                 COUNTY OF SAN BERNARDINO and
                                   BREANA FITE