UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:22-cv-01306-DSF-MAR |
| Title: | Deborah Moller v. County of San Bernardino et al |
| Date | August 13, 2024 |

Present: The Honorable  Dale S. Fischer, U.S. District Judge

| Patricia Kim | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Kevin S. Conlogue; Ashley M. Conlogue | Shannon L. Gustafson; Amy R. Margolies |

_____ Day Court Trial    **1st** Day Jury Trial

_____ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by Plaintiff, Defendants County of San Bernardino and Deputy Fite
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to  August 14, 2024 at 7:45 a.m.  for further trial/further jury deliberation.
_____ Other:

                                                                 5 : 46
                                              Initials of Deputy Clerk   pk

cc: