# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:22-cv-01306-DSF-MAR |
| Title: | Deborah Moller v. County of San Bernardino et al |
| Date | August 15, 2024 |

Present: The Honorable Dale S. Fischer, U.S. District Judge

| Patricia Kim | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

**Attorneys Present for Plaintiff(s):**
Kevin S. Conlogue; Ashley M. Conlogue

**Attorneys Present for Defendants:**
Shannon L. Gustafson; Amy R. Margolies

_____ Day Court Trial    3rd Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    X  Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
_____ Plaintiff(s) rest.    ✓ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.    Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to August 16, 2024 at 7:45 a.m. for further trial/further jury deliberation.
✓ Other: Jury instruction conference held.

3 : 30

Initials of Deputy Clerk    pk

cc: