UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
8/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

Case No. __EDCV 22-1306 DSF__   Date: _August 16 2024_

Time: _1:29_

JURY NOTE NUMBER _15_

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

✓   THE JURY REQUESTS THE FOLLOWING: _the initial interview of deputy Tite about the incidents on the day of bruning's death_

SIGNED: _____
FOREPERSON OF THE JURY