UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
8/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____pk____ DEPUTY

Case No.  EDCV 22-1306 DSF

Date: 8/19/24

Time: 2:52 PM

RESPONSE TO JURY NOTE NUMBER "COLLECTIVE"

Additional response to Question 3: For the verdict form: question number 1 involves jury instructions 10, 11, 12, and 17. Question number 2 involves jury instructions 10 and 19. Question number 3 involves instructions 13, 14, 15, 16, and 17. Question number 4 involves instruction 20. Question number 5 involves instructions 11, 13, 14, 17 and 18. Question number 6 involves instruction number 18 and 19. Question number 7 involves instruction number 18.