UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
8/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY
```

Case No. __EDCV 22-1306 DSF__    Date: __8/19/24__

Time: __5:02__

JURY NOTE NUMBER __12__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__✓__ THE JURY REQUESTS THE FOLLOWING:

May we be excused and return tomorrow at 8am?

SIGNED:

FOREPERSON OF THE JURY