UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
8/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

Case No. EDCV 22-1306 DSF

Date: August 20 2024

Time: 9:37

JURY NOTE NUMBER 13 Collective

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:
We are confident that we cannot reach a unanimous decision.

SIGNED: _____
FOREPERSON OF THE JURY