1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | DEBORAH MOLLER, an individual    Civil No.: 5:22-cv-01306-DSF-MAR

and successor-in-interest of BRET    *Consolidated with: 5:22-CV-02135-DSF-*

12 | BREUNIG, deceased,                *MAR*

13                    Plaintiffs,

**ORDER RE JOINT STIPULATION FOR**

14          vs.                       **ENTRY OF JUDGMENT/DISMISSAL**
                                       **FOR DEFENDANT LOMA LINDA**
15                                     **UNIVERSITY MEDICAL CENTER**

COUNTY OF SAN BERNARDINO, a

16 | public entity; UNIDENTIFIED

DEPUTIES, individuals; CITY OF

17 | REDLANDS, a public entity;

UNIDENTIFIED OFFICERS,

18 | individuals; LOMA LINDA

UNIVERSITY MEDICAL CENTER, a

19 | non-profit corporation;

UNIDENTIFIED HEALTH CARE

20 | PROFESSIONALS, individuals; and

KENNETH BREUNIG, a nominal

21 | Defendant,

22

23                    Defendant.

24

25          With the consent of the parties and pursuant to the joint stipulation (Dkt. 355),

26 judgment is entered in favor of defendant, Loma Linda University Medical Center, only,

27 and is dismissed with prejudice from all claims, causes of action, and the case captioned

28 *Debora Moller* v. *County of San Bernardino, et al.*, Civil No.: 5:22-cv-01306-DSF-MAR,

consolidated with 5:22-CV-02135-DSF-MAR. Deborah Moller and Loma Linda University Medical Center are to bear their own costs and fees.

**IT IS SO ORDERED**

Dated: November 15, 2024

By: _____
    Honorable Dale S. Fischer
    United States District Judge