JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MOLLER, an individual and successor-in-interest of BRET BREUNIG, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | No. 5:22-cv-01306-DSF-MAR<br><br>JUDGMENT |

The Court having granted a motion for judgment as a matter of law,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice as to Defendants County of San Bernardino and Breana Fite, and that these Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 25, 2024

_____
Dale S. Fischer
United States District Judge