WHEN RECORDED MAIL TO:
Shannon L. Gustafson
1100 W. Town & Country Rd. Suite 1450
Orange, CA 92868

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Moller, an individual and successor-in-interest of Bret Breunig, deceased<br><br>PLAINTIFF(S),<br>v.<br><br>County of San Bernardino et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:22-cv-01306-DSF-MARx<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on November 25, 2024 in favor of County of San Bernardino whose address is 385 N. Arrowhead Ave San Bernardino, CA 92415 and against Deborah Moller whose last known address is Unknown

for $0    Principal,   $0    Interest,   $22,243.17   Costs, and $0    Attorney Fees.

ATTESTED this 4th day of June, 20 25
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Ashley M. Conlogue
292 S. La Cienega Blvd., Ste. 207
Beverly Hills, CA 90211

CLERK, U.S. DISTRICT COURT

By _____
Renico Smith, Deputy Clerk

1174

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                          ABSTRACT OF JUDGMENT/ORDER